AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| AUDI AG, a German corporation, VOLKSWAGEN AG, a German corporation and VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation <br><br> *Plaintiff(s)* <br> v. <br> ONUNWA KELECHI IWUAGWU, an individual, and OKIXTREME, a business of unknown origin doing business as AUDIBADGES.COM; SEE ATTACHED <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ONUNWA KELECHI IWUAGWU, an individual, and OKIXTREME, a business of unknown origin doing business as AUDIBADGES.COM, AUTO ACCESSORIES, AUTOBADGES.COM, CHROMECARLETTERS.COM, EUROBADGEZ.COM, OKIXTREME.COM, and ZZPDECALS.COM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip E. Smith, Esq.          (949) 442-1500
Michael W. Ellison, Esq.
SMITH ELLISON
18881 Von Karman Avenue, Suite 960
Irvine, CA 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Philip E. Smith, Esq. (SBN 117710)
psmith@sehlaw.com
Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
18881 Von Karman Avenue, Suite 960
Irvine, California 92612
Telephone:     (949) 442-1500
Facsimile:      (949) 442-1515

Attorneys for Plaintiffs

Gregory D. Phillips (USB No. 4645)
gdp@prwlawfirm.com
Jason P. Eves (USB No. 9094)
jpe@prwlawfirm.com
PHILLIPS, RYTHER & WINCHESTER
124 South 600 East
Salt Lake City, UT 84102
Telephone:     801-935-4935
Facsimile:      801-935-4936

Attorneys for Plaintiffs
*(pending admission pro hac vice)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDI AG, a German corporation, VOLKSWAGEN AG, a German corporation and VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>ONUNWA KELECHI IWUAGWU, an individual, and OKIXTREME, a business of unknown origin doing business as AUDIBADGES.COM, AUTO ACCESSORIES, AUTOBADGES.COM, CHROMECARLETTERS.COM, EUROBADGEZ.COM, OKIXTREME.COM, and ZZPDECALS.COM,<br><br>          Defendants. | Case No.<br><br>**VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**1. Trademark Counterfeiting and Infringement (15 U.S.C. § 1114(1))**<br><br>**2. False Designation of Origin (15 U.S.C. § 1125(a))**<br><br>**3. Trademark Dilution (15 U.S.C. § 1125(c))** |